In the Matter of STANLEY F. NAGIEL, Appellant, against GEORGE E. LAUKAITIS et al., Respondents.

Argued September 17, 1938; decided September 17, 1938.

*Jacob Leiman* for appellant.
*Henry Patent* and *Mortimer M. Cassidy* for respondents.

Order of Appellate Division reversed and that of Special Term affirmed, without costs, on the ground that under the facts of this case section 135 of the Election Law has not been complied with in that the sheets of the petition were not numbered.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.